# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARK W. STEMLER, et al.,  :

    Plaintiffs  :  CIVIL ACTION NO. 3:18-1763

    v.  :  (JUDGE MANNION)

BOROUGH OF PARRYVILLE, et al.,  :

     :

    Defendants  :

     :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY** ordered that:

**(1)** Defendants' motion to dismiss **(Doc. 15)** is **GRANTED** as to all federal law claims.

**(2)** This court declines to exercise supplemental jurisdiction over the remaining state law claims.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 13, 2020**
18-1763-01-ORDER